UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Owen Harty,<br><br>      Plaintiff,<br><br>-against-<br><br>HYATT EQUITIES, L.L.C. and<br>GREENWICH HOTEL LIMITED<br>PARTNERSHIP,<br>d/b/a Hyatt Regency Greenwich,<br><br>      Defendants. | Civil Action No.: 3:11-cv-01758-AVC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the agreement of all parties to this action, the Clerk of the Court shall dismiss the above-captioned case with prejudice, each party to bear its own attorney's fees and costs. The court shall retain jurisdiction over this action solely for the purpose of enforcing the terms of the Settlement Agreement entered into by the parties.

Anthony V. Zeolla, Esq., attorney for Plaintiff Owen Harty, has authorized counsel for Defendants to execute and file this Stipulation on his behalf.

                                                                                                Respectfully submitted,

| | |
|---|---|
| /s/ Anthony V. Zeolla<br>Anthony V. Zeolla, Esq. (CT415873)<br>**THE ZOELLA LAW FIRM**<br>100 Pearl Street<br>Suite 1400<br>Hartford, CT 06001<br>Telephone: (860) 930-7240<br>Facsimile: (860) 673-0650<br>E-mail: anthony.zeolla@sbcglobal.net | /s/ Lawrence Peikes<br>Lawrence Peikes, Esq. (CT403705)<br>**WIGGIN AND DANA LLP**<br>Two Stamford Plaza<br>281 Tresser Boulevard<br>Stamford, CT 06901<br>Telephone: (203) 363-7609<br>Facsimile: (203) 363-7676<br>E-mail: lpeikes@wiggin.com |

| | |
|---|---|
| Thomas B. Bacon<br>**THOMAS B. BACON, P.A.**<br>4868 S.W. 103rd Ave.<br>Cooper City, FL 33328<br>Telephone: (954) 478-7811<br>Facsimile: 954-237-1990<br>E-mail:  tbb@thomasbaconlaw.com<br><br>*Attorneys for Plaintiff*<br><br>March 29, 2012 | Teresa L. Jakubowski, Esq.<br>**BARNES & THORNBURG LLP**<br>750 17th Street N.W., Suite 900<br>Washington, D.C. 20006-4675<br>Telephone: (202) 289-1313<br>Facsimile: (202) 289-1330<br>E-mail:  teresa.jakubowski@btlaw.com<br><br>*Attorneys for Defendants*<br><br>March 29, 2012 |